John G. Coon, appellee, v. Theodore H. Schintz, appellant. Gen. No. 26,100.

Action for forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Butz, von Ammon & Marx, for appellant. Bither & Goff for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Felix J. Reuter, appellee, v. Joseph T. Ryerson & Son, appellant. Gen. No. 25,122.

Action to recover damages for injury to hand caused by being run over by a crane. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed October 11, 1920. Rehearing denied October 25, 1920.

H. L. Howard, for appellant. Busch, Leesman & Roemer, for appellee; Ferdinand J. Karasek, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Chapman & Smith Company, plaintiff in error, v. Chicago Bonding & Surety Company, defendant in error. Gen. No. 25,894.

Action in debt on an employee's fidelity bond. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Miller, Gorham, Wales & Noxon, for plaintiff in error. Sabath, Stafford & Sabath, for defendant in error; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Nettie Mysiak, appellee, v. Solomon Steinman et al., appellants. Gen. No. 25,947.

Action to recover damages for injuries to person struck by automobile driven at excessive speed. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. Rehearing denied October 25, 1920.

Cantwell, Smith & Cantwell and Harry I. Weisbrod, for appellant. Scott Osten Cavette, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Josephine Bennett Sebree, appellee, v. Joseph J. Davis, appellant. Gen. No. 25,956.

Trespass to recover funds placed with defendant for safe-keeping. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

James F. Bishop, for appellant; Harry F. Brewer, of counsel. George H. White, John J. Lupe and Donald J. DeWolfe, for appellee.

Mr. Justice McSurely delivered the opinion of the court.